IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THOMAS C. FIELDS,<br><br>　　　　　Defendant. | No.  3:23-po-0045-DMC<br><br><br>ORDER |

　　　　For good case shown and on the Government's request, this action is dismissed nunc pro tunc to March 21, 2023.  Defendant shall be refunded the $70.00 fine and $30.00 processing fee imposed.  The abstract previously sent to the California Department of Motor Vehicles (DMV) is ordered withdrawn.  Any points added to Defendant's record as a result of any abstract sent to DMV in association with this matter shall be removed forthwith.

　　　　IT IS SO ORDERED.

Dated:  August 2, 2023

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1